UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-08-156-EFS |
| ) | |
| vs. ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO MODIFY RELEASE |
| FRANCISCO M. AYALA, ) | CONDITIONS |
| ) | |
| Defendant. ) | |

Before the court is the Defendant's Motion to Modify condition of release No. 13 to allow travel to the Western District of Washington to attend sporting events for his minor child. The court has reviewed the Defendant's Motion and notes that the Assistant United States Attorney has no objection. The court finds that good cause has been shown to grant the modification.

**IT IS ORDERED** Defendant's Motion to Modify **(Ct. Rec. 19)** is **GRANTED.** Release condition No. 13 in the Order Setting Conditions of Release (Cr. Rec. 9) is **MODIFIED** to show an exception for travel to the Western District of Washington only to attend sporting events for Defendant's minor child. Defendant must inform the U.S. Probation Office prior to leaving the Eastern District of Washington and must inform the U.S. Probation Office upon return to the District.

DATED November 19, 2008.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE