PROB 12C
(7/93)

Report Date: November 5, 2012

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 05 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco M. Ayala       Case Number: 2:08CR00156-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: October 29, 2009

Original Offense:      Distribution of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:     Prison - 49 Days;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Aine Ahmed                  Date Supervision Commenced: December 18, 2009

Defense Attorney:      Kailey Moran                Date Supervision Expires: December 17, 2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Ayala was arrested on November 2, 2012, and placed in the Spokane County Jail for Second Degree Assault, RCW 9A.36.021, a class B felony; First Degree Robbery, RCW 9A.56.200, a class A felony; and Second Degree Kidnaping, RCW 9A.40.030, a class B felony.

According to Spokane police report number 12-804204, Mr. Ayala was involved in removing the victim from her residence, and then forced her to another location where he beat and tortured her.

Prob12C
Re: Ayala, Francisco M.
November 5, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/5/2012

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

11/5/12

Date